## THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, APPELLANT, *v.* ROBERT M. OLYPHANT AND OTHERS, RESPONDENTS.

*Taxation of costs — the amount paid to the Lawyers' Title Insurance Company for a search, in a mortgage foreclosure suit, is not taxable.*

The Lawyers' Title Insurance Company of New York city has no such official position, nor have its searches of titles such official force or effect, as to authorize the amount paid therefor, in an action for the foreclosure of a mortgage, to be taxed by the clerk of the court as a disbursement in the foreclosure suit.

APPEAL by the Equitable Life Assurance Society of the United States, plaintiff, from an order, entered in the office of the clerk of the county of Westchester on the 6th day of February, 1890, denying plaintiff's motion for an order requiring the clerk of the county of Westchester to tax the bill of costs (including an item, "Paid for search, $23.40"), of the plaintiff in the above-entitled action.

*George Waddington,* for the appellant.

*Martin J. Keogh,* for the clerk of Westchester county, respondent.

DYKMAN, J.:

This is an appeal from an order denying the motion of the plaintiff to require the county clerk of Westchester county to allow the sum of twenty-three dollars and forty cents paid to the Lawyers' Title Insurance Company for searches in this action.

The action is for the foreclosure of a mortgage and the clerk refused to tax the sum paid for searches because they were not official, and the Special Term affirmed the taxation.

No charges can be taxed for disbursements except such as are legal and necessary. If a lawyer hires a private individual to make a search for him, the amount paid him would not be a legal disbursement. But if the lawyer obtains an official search, the case is different. This Lawyers' Title and Insurance Company seems to be organized for the purpose of making searches respecting the title to real property and holds itself out for employment by all persons, but it sustains no official position and its searches have no official force or effect. So the money paid to such company for a search stands in the same light as money paid to a private individual.

We concur in the view taken at the Special Term, and the order appealed from should be affirmed, with ten dollars costs and disbursements.

PRATT, J., concurred.

Order affirmed, with costs and disbursements.